**United States District Court for the District of Maryland**
**Northern Division**

| | |
|---|---|
| **Andrew Luciano** <br> Plaintiff <br> v. <br> **Luke Litterello** <br> Defendant | **Case No.** |

**Notice of Removal**

Defendant Luke Litterello, by and through undersigned counsel, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and Local Rule 103.5, removes this case from the Circuit Court for Baltimore City to this Court. In support of its Notice of Removal, Defendant states as follows:

1. On or around July 9, 2025, Andrew Luciano filed a Complaint in the Circuit Court for Baltimore City, captioned *Andrew Luciano vs. Luke Litterello.*, Case No.: C-24-CV-006155. **Exhibit 1 (Complaint)**. Pursuant to 28 U.S.C. § 1446(a), the other filings in that matter are attached as Exhibits 2-3.

2. This action is removable from the Circuit Court for Baltimore City to the Northern Division of the United Stats District Court for the District of Maryland pursuant to 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(a) because the citizenship of the parties is diverse and the amount in controversy, exclusive of interests and costs, is in excess of $75,000.

3. The amount in controversy exceeds $75,000 because this is a battery dispute where Luciano seeks damages in excess of $75,000. *See* **Exhibit 1, Complaint, p. 5**.

4. Luciano is a citizen and resident of the State of Maryland. *See* **Exhibit 1 (Complaint), ¶1 and caption.**

5. Litterello is a citizen and resident of the State of North Carolina. *See* **Exhibit 1 (Complaint),** ¶2 and caption.

6. Complete diversity therefore exists in this matter under 28 U.S.C. § 1332(a).

7. Pursuant to 28 U.S.C. § 1446(b), Litterello filed this Notice of Removal within thirty (30) days after service of process on Litterello through personal service of process on July 26, 2025.

8. Litterello will serve a written copy of this Notice of Removal on counsel for Plaintiffs.

9. Litterello will file a copy of this Notice of Removal in the state case.

10. Litterello is the only defendant and therefore need not obtain consent from any other defendants.

WHEREFORE, Defendant respectfully requests that that this matter be removed from the Circuit Court for Baltimore City to Northern Division of the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(a).

Respectfully submitted,

*/s/ Frank F. Daily*
Frank F. Daily (Fed. Bar No.: 03603)
The Law Offices of Frank F. Daily, P.A.
11350 McCormick Road
Executive Plaza III, Suite 704
Hunt Valley, MD  21031
Phone:  (410) 584-9443 Fax:  (410) 584-9619
info@frankdailylaw.com
Attorney for Luke Litterello

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 22nd day of August, 2025, a copy of the foregoing Notice of Removal was electronically filed and served via PACER to:


Jason T. Wasserman
Silverman Thompson Slutkin & White
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Attorney for Plaintiff


                                           */s/ Frank F. Daily*
                                           Frank F. Daily