| | | |
|---|---|---|
| ANDREW LUCIANO, <br> 102 Hayward Avenue, <br> Fruitland, Maryland 21826, | * <br> * | IN THE <br><br> CIRCUIT COURT |
| Plaintiff, | * | FOR |
| v. | * | BALTIMORE CITY |
| LUKE LITTERELLO, <br> 2819 S. Lost Colony Drive, <br> Nags Head, North Carolina 27959, | * <br><br> * | <br><br> CASE NO.: C-24-CV-25-006155 |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Andrew Luciano, by and through his attorneys, Jason T. Wasserman and Silverman, Thompson, Slutkin & White, LLC, hereby sues Defendant, Luke Litterello, and for his Complaint, states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Andrew Luciano, is a resident of Wicomico County, Maryland.

2. Defendant, Luke Litterello, upon information and belief, is a resident of Dare County, North Carolina.

3. The events giving rise to this lawsuit occurred in Wicomico, Maryland.

4. This Court has jurisdiction over this matter pursuant to Md. Code Ann., Cts & Jud. Proc. § 1-501.

5. This Court has personal jurisdiction over Defendant pursuant to Md. Code Ann., Cts & Jud. Proc. § 6-103(b)(3).

6. Venue is proper in the Circuit Court for Baltimore City pursuant to Md. Code Ann., Cts & Jud. Proc. § 6-202(11), in so far as Defendant is not a resident of Maryland, thereby permitting the Plaintiff to bring suit in any county within the State. Additionally, the majority of

the Plaintiff's treating medical providers and expert witnesses are located in Baltimore City

## FACTUAL BACKGROUND

7. On November 18, 2022, at approximately 1:20 a.m., Plaintiff, Andrew Luciano, was standing in the parking lot outside Guido's Burritos in Salisbury, Maryland, preparing to return home after a night out socializing with friends.

8. At the same time and location, Defendant, Luke Litterello, was at Guido's Burritos, having returned after previously being forced to leave following an earlier altercation with two other students, with whom Plaintiff had no affiliation.

9. As Plaintiff was entering a friend's vehicle to leave, Defendant, who was later identified as a martial arts practitioner, rushed toward him without warning and viciously attacked and assaulted him, violently striking the left side of his face and forcefully knocking him into the vehicle.

10. It is unknown whether Plaintiff was Defendant's intended target.

11. As a result of the attack, a friend of Plaintiff's immediately rushed him to Lifestar Response of Maryland, where Plaintiff was subsequently transferred to the Trauma Resuscitation Unit at the University of Maryland Medical Center due to the severity of his injuries, particularly an orbital floor fracture.

12. Over the course of several months to a year, Plaintiff was then forced to undergo extensive medical treatment, including reconstructive surgery to address a severe nasal fracture directly caused by the Defendant's negligence and brutal assault and battery. The majority of Plaintiff's treatment was performed by medical providers who both practice and reside in Baltimore City.

13. As a direct and proximate result of this incident, through Defendant's negligence,

assault, and battery, Plaintiff sustained serious, permanent, and disfiguring injuries to his head, including, but not limited to, his left eye, face, nose, and teeth. Plaintiff was forced to undergo extensive medical treatment, including reconstructive surgery, incurred significant medical expenses, and was unable to attend school, perform his daily activities, and other pursuits. Plaintiff's injuries continue to cause him daily pain and discomfort.

## COUNT I
### (Negligence)

14. Plaintiff adopts by reference the allegations contained in the foregoing paragraphs of this Complaint, with the same effect as if herein fully set forth.

15. Plaintiff avers that all of his injuries were caused by the negligence of Defendant, Luke Litterello.

16. Defendant had a duty to use reasonable care to not harm other patrons of Guido's Burritos, or other pedestrians in a public parking lot.

17. Defendant was acting in a negligent and careless manner by (i) failing to maintain proper control over himself and his bodily functions; (ii) failing to exercise care and caution for the safety of others in his vicinity; (iii) failing to behave in a safe and prudent manner; (iv) failing to exercise proper care and caution to avoid harming others; (v) failing to properly identify and strike his intended target, and (vi) was otherwise negligent in causing the harms and injuries incurred by Plaintiff.

18. As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious, permanent, and disfiguring injuries to his head, including, but not limited to, his left eye, face, nose, and teeth. Plaintiff was forced to undergo extensive medical treatment, including reconstructive surgery, incurred significant medical expenses, and was unable to attend school, perform his daily activities, and other pursuits. Plaintiff's injuries continue to cause him daily pain

and discomfort, and he will be forced to endure such pain for the rest of his life.

19. Plaintiff further states that all of his injuries, damages, and losses complained of were caused directly by the negligence of Defendant, Luke Litterello, without any negligence on the part of Plaintiff contributing thereto.

**WHEREFORE**, this suit is brought and Plaintiff, Andrew Luciano, demands that judgment be entered against Defendant, Luke Litterello, for compensatory damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), along with interest and costs.

## COUNT II
### (Battery)

20. Plaintiff adopts by reference the allegations contained in the foregoing paragraphs of this Complaint, with the same effect as if herein fully set forth.

21. Plaintiff avers that all of his injuries were caused by the battery of Defendant, Luke Litterello.

22. Defendant intentionally and violently struck Plaintiff, causing him to forcefully fall backward into a vehicle and sustain, among other injuries, an orbital floor fracture, a broken nose, and a concussion.

23. Defendant's conduct constituted an intentional touching of Plaintiff by Defendant, and was undertaken deliberately and with actual malice.

24. As a direct and proximate result of Defendant's conduct, Plaintiff sustained serious, permanent, and disfiguring injuries to his head, including, but not limited to, his left eye, face, nose, and teeth. Plaintiff was forced to undergo extensive medical treatment, including reconstructive surgery, incurred significant medical expenses, and was unable to attend school, perform his daily activities, and other pursuits. Plaintiff's injuries continue to cause him daily pain and discomfort, and he will be forced to endure such pain for the rest of his life.

WHEREFORE, this suit is brought and Plaintiff, Andrew Luciano, demands that judgment be entered against Defendant, Luke Litterello, for compensatory damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) and punitive damages in the amount of Five Million Dollars ($5,000,000.00), along with interest and costs.

Respectfully submitted,

/s/ Jason T. Wasserman
JASON T. WASSERMAN (0412150398)
SILVERMAN THOMPSON SLUTKIN & WHITE
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 385-9110
Fax: (410) 547-2432
jwassserman@silvermanthompson.com
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial on all issues herein.

/s/ Jason T. Wasserman
JASON T. WASSERMAN (0412150398)
SILVERMAN THOMPSON SLUTKIN & WHITE
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel: (410) 385-9110
Fax: (410) 547-2432
jwassserman@silvermanthompson.com
*Counsel for Plaintiff*